995 A.2d 326

**Edward GOODMAN, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 26, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of May, 2010, the Order of the Commonwealth Court is **AFFIRMED.**